**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE CHAVEZ-RIVERA, | ) | NO. CV 13-8552-PSG (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RICHARD B. IVES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 5/28, 2015.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE